UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN CRUZ LUJAN,<br><br>    Plaintiff,<br><br>v.<br><br>C. VILLAREAL, Correctional Officer MULE CREEK STATE PRISON,<br><br>    Defendants. | Case No.  2:11-cv-1874 WBS CKD P<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS DEFENDANT C. VILLAREAL FROM THIS ACTION WITH PREJUDICE** |

GOOD CAUSE APPEARING, based on stipulation of the parties;

IT IS HEREBY ORDERED that Defendant C. VILLAREAL is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), and this action is closed, each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated: April 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE